# EXHIBIT 1

Exhibit 1
Pg. 23



FIRST EVER LOVIN' ISSUE!
RADIO COMIX
$2.95 U.S.
$4.20 Can.
FEB 1998
1
RIVETS
& Ruby
FUN COMICS ARE BACK!
R
ALONE AGAINST THE
SILICONSPIRACY!
PLUS: BUZZ!
KIERNAN

Exhibit 1
Pg. 24



# RADIO WAVES

FEB 1998

Radio Comix 11765 West Ave #117 San Antonio, TX 78216

**The Radio Comix party at ConFurence 9 was attended by lots of our comic friends!**

From left to right: Japanese manga artists Yusaku Toyoshima and TRUMP (soon to have covers on **Furrlough** and **Genus**!), animation director of **Mapletown** and **Sailor Moon** fame, Andosan, translator pal Dan Kanemitsu, **Genus** artist Jim Hardiman, Pauline Hardiman, **Furrlough** artist Bryce "Bust-a-Move" Nakagawa, Matt "Numbers" High, **Furrlough** artist Michael Vega, new talent Ryan Burke, **Furrlough** writer James Hanrahan, **Tales of the Fehnnik** and **Furrlough** artist Scotty Arsenault, Elin and Phil "Artgod/Madman" Morrissey. Of course, Pat was taking the picture, but we edited out his thumb in Photoshop.

## Elin's Soapbox

By Elin Winkler

Ah, another month, another editorial. I've been wondering where I was going to get new ideas for editorials, since I don't really have that much to talk about or a Byzantine "hidden agenda" for the comics we do. But luckily, or unluckily depending on your point of view, I was provided one by a few folks who have been kind enough to review our comics. It's always nice to get reviews, good or bad, since any kind of feedback helps, but there was an odd reference in these latest reviews that I felt I couldn't ignore. Each of these reviews made mention of our "parent company". This brings up the topic for my latest editorial, to be titled:

"We're not Antarctic Press!"

There's really no other way to say it- and I am by no means implying that being Antarctic Press is a bad thing. Far from it- I'd like to have the tenure and standing that AP has. They've been around for a long time, have succeeded by doing the kind of comics they want to do, and are expanding into other media and markets at a positively zooming rate. But there's just one niggling fact that people don't quite seem to get, no matter how many times Pat or Matt or I say it- and that is Radio Comix is a completely separate entity from Antarctic Press. Pat and Matt both still do work for AP, we're all still pals, Furrlough and Genus started at AP, Ben and Joe Dunn have helped Radio Comix a lot in getting started and with advice- but that's it. They aren't our parent company. We are not a division of Antarctic Press. We are in no way owned by Antarctic Press. We're two totally different companies with two different editorial directions and publishing schedules who just happen to be located in San Antonio. I hate to sound whiny, but I do feel it's about time for Radio Comix to be recognized on its own merits. After all, we've worked hard to establish ourselves during a difficult year for comics and I personally think we've done a good job. Yes, that job was made a little easier by the fact that Furrlough and Genus were established at Antarctic Press, but you know, no one thinks Dark Horse Comics is a division of First Comics because they publish Nexus now. I'm sure Radio Comix will develop a more definite identity of its own with time, but until then, I can only ask that folks try to remember that although it's new, it is on its own- though, I sure wouldn't mind having a sugar daddy to pick up the tab!

-Elin

## The Hot Spot!

cool stuff we like

The stuff we were listening to, reading or playing with when we put these comics together!

**Fave CD:**
Buck-Tick Collection
TheDuran Duran Tribute Album
Paint the Sky with Stars • The Best of Enya
The Book of Secrets • Loreena McKennitt

**Video Games:**
X-Men Vs. Streetfighter (import version)
Magical Drop III (import verson)
Bloody Roar

**Cool Comic**
Cathedral Child by Lea Hernandez (Image)

## RADIO COMIX PLAYLIST

| No. | Title |
|---|---|
| 029 | *Various*<br>Furrlough #62<br>Funny Animals Attack! |
| 030 | *Various*<br>Genus #28<br>Twenty Eight is Great! |
| 031 | *Jinx and Crowell*<br>Filthy Animals #4<br>Stay Pooned! Adults only. |
| 032 | *Knowles and Kiernan*<br>Rivets and Ruby #1<br>Rock'n Sock'n Robots 'n more! |

## RADIO COMIX SKETCHBOOK

Here it is! The cool Full Knight Gear design for the latest Furrlough t-shirt! White and red on a swanky black-tee! The pinnacle of style! Look for it this May!

Publishers Pat Duke & Elin Winkler
Retailer Liaison Matthew High

email: radiocomix@aol.com • Visit our web page at: http://members.aol.com/radiocomix/

Rivets and Ruby no. 1, February, 1998 is published by Radio Comix, 11765 West Ave #117, San Antonio, Texas, 78216. All stories and art are copyright © 1998 Chris Knowles and Ken Kiernan. All other material copyright © 1998 Radio Comix. No similarities to any character(s) and/or place(s) is intended, and any similarity is purely coincidental. Nothing from this book may be reproduced without the express written consent from Radio Comix, except for purposes of review or promotion. "Science must be served!" Print run: 3000. Printed by Brenner Printing, San Antonio, Texas. FIRST PRINTING

WHOEVER DID THIS KNEW WHAT HE WAS DOING. THAT CHARGE WENT THROUGH RIVVIE'S SHIELDING LIKE A HOT KNIFE THROUGH SOFT TOFU! HIS CIRCUITS ARE SCRAMBLED, HIS WIRING'S MISFIRING....
...AND DON'T YOU GIVE ME ANY LAME EXCUSES, DT! I TOLD YOU TO KEEP HIM OUT OF TROUBLE IF YOU GUYS WERE GOING INTO THE CITY! WAS THAT REALLY TOO MUCH TO ASK?
HEY, HOLD ON! YOU THINK I CAN CONTROL THAT BIG TIN CAN WHEN HE GETS AN IDEA IN HIS HEAD? I DID WHAT I COULD TO KEEP HIM FROM GETTING SURGED, BUT HE DOESNT LISTEN TO REASON, RUBY!
"I MEAN, WE WERE JUST STROLLING AROUND LOOKING FOR SCRAP, JUST LIKE YOU ASKED US TO, AND WE JUST HAPPEN TO COME ACROSS THIS BANK THAT'S BEING ROBBED, OK? AND THAT'S WHEN RIVETS STARTS IN WITH THE WHOLE CRIMEFIGHTING THING AGAIN..."
2
LOOKS LIKE TROUBLE, OLD CHUM....
YEAH, THAT WHY THE COPS ARE THERE, YOU RIVETHEAD! THEY CAN HANDLE THIS! I DON'T THINK THEY NEED A BROKEN DOWN OLD CONSTROBOT WITH A MESSIAH COMPLEX!
COPS ARE SISSIES, DT!
"I WAS GETTING WORRIED, BUT I FIGURED THERE WAS NO WAY RIVETS WAS GOING TO GET THROUGH THAT WALL OF COPS. BUT THE BIG LUNK WOULDN'T LISTEN TO REASON... HE WAS LIKE A MACHINE ON A MISSION."
COME ON, OLD PAL! WE'LL FIGURE A WAY TO GET IN THERE! LET'S GO FIGHT SOME CRIME!
NO! FORGET IT! HEROISM'S YOUR DELUSION, NOT MINE!
YOU GO GET YOURSELF SURGED, MORON. I'LL SIT AT A NICE SAFE DISTANCE AND WATCH!
HEYYY!!!
CUT THE COMEDY, DT! WE'VE GOT WORK TO DO!
3



"SO THE BIG HUNK OF JUNK DECIDES TO TAKE THE SUBTERRANEAN ROUTE..."
OH, THIS IS GREAT, TARZAN! THIS IS EXACTLY HOW I WANTED TO SPEND MY SATURDAY AFTERNOON, WADING THROUGH RAW SEWAGE!
REMIND ME TO TELL RUBY NOT TO LET YOU DOWNLOAD ANY MORE NINJA TURTLES CARTOONS!
THERE, THAT'S MORE LIKE IT!
ZERK!
ZERK!
ZERK!
ZERK!
HMMM....
THEY'RE DIRECTLY ABOVE US!
WHOA! WHOA! WAIT FOR ME, WALL-CRAWLER!
THOM!
MY LEGS CAN'T EXTEND THAT...URK!
SPLOOSH!
HAW! HAW! HAW!
YEAH, YEAH...REMIND ME TO LAUGH AT YOUR MISFORTUNES!
4
LISTEN TO THAT RACKET, DT! ANY IDEAS ON GETTING IN THERE?
YOU'RE TALKING TWO FEET OF REINFORCED CONCRETE HERE...
COURSE A PNEUMATIC DIAMOND DRILL COULD DO IT, OR MAYBE A BLASTING CAP...
MAYBE ONE OF THOSE NEW LASER DRILLS THEY GOT FOR THE MARS MISSION...
EEK! OR MAYBE THE DIRECT APPROACH!
CLOMM!
EEP!
HAW! HAW! SMASH! GOOD!
GREAT GATES! WHO ARE THESE GOONS??!!
PHOOM!
EEP!
EEP!
EEP!
EEP!
5

Exhibit 1
Pg. 27



EXCUSE ME, PEOPLE! COULD ME HAVE A LITTLE LESS SMASHING AND A LITTLE MORE ROBBING HERE, PLEASE?
HONESTLY, THOSE COPS AREN'T GOING TO SIT AROUND ALL DAY! LET'S STAY FOCUSED HERE!
THEY'RE NOT THE BRIGHTEST ROBOTS EVER, BUT THAT WILL CHANGE! THEN THE WHOLE WORLD WILL KNOW THE NAME OF COLONEL KRILL AND HIS SILICONSPIRACY!
"THOSE WIMPS AT THE UN WILL BE BEGGING ME FOR MERCY! NEW WORLD ORDER? HA! I'LL SHOW THEM THE MEANING OF ORDER!"
THESE GUYS ARE RUNNING ON THE SAME GRID, RIVVIE. IF I SHUT IT DOWN, THEY GO NIGHT-NIGHT, YOU DIG?
WELL, WHAT ARE YOU WAITING FOR, A WRITTEN INVITATION?
RIGHT! LET'S HEAR IT FOR SUPERIOR COMPUTATIONAL CAPACITY! WAHOO!
6.
ALLRIGHT! ROCK AND ROLL, BIG GUY!
LEMME SEE. THE MAIN DISRUPTOR FIELD IS SET AT 33 ZHZ AT 12OOHM...
WHOA! WHAT'S THIS?
GOALLLLL, BRAZIL!!! HAW, HAW!
PUNT!
HEY THAT'S MY BUDDY, THERE!!
ALRIGHT, TOUGH GUY, IT'S GO-TIME!
7.

Exhibit 1
Pg. 28



IF THERE'S ONE THING I CAN'T STAND IT'S A BULLY! TASTE THE FIST OF JUSTICE, WRONG-DOER!
JEEZ, WHAT SHODDY WORKMANSHIP! WHERE THE HECK WERE YOU ASSEMBLED?
FLOK!
HOW YOU DOING ON THAT GRID THERE, EINSTEIN? ANY CHANCE YOU CAN EVEN THE ODDS A BIT HERE?
NIX, DIX! THERE ARE TOO MANY FAILSAFES WIRED IN THIS THING! BUT I JUST GOT AN IDEA....
MOST BANKS HAVE SONIC SCREAMER ALARMS! LET ME SEE IF I CAN PUT THEIRS BACK ONLINE!
LET'S JUST GET VERTICAL HERE!
ZOSSSSSH!
HEY!! WATCH WHERE YOU TOSS THOSE THINGS, HUH, RIVVIE??!
8.
DIE!! DIE!!!
OH, A FANCY-PANTS DEATH RAY, HUH?
BA-KOW!
I PREFER THE UP-CLOSE AND PERSONAL APPROACH, MYSELF!
SEE YA IN THE SCRAP-YARD, SUCKER!!
FOMP!
HEY!! NOW WE'RE IN BUSINESS!! I'LL BLOW THE SHELLS RIGHT OFF THEM GOONS DOWN THERE!
ULP!! I TAKE IT YOU GUYS AREN'T THE LOCAL PACIFIST SOCIETY, HUH?
HEH, GUESS NOT...
OKAY, THEN LET'S PLAY A LITTLE ROBOT BOWLING!
BONK!
BONK!
BONK!
JEEZ, AT 270 DBS, I CAN CRACK THOSE GOONS OPEN LIKE EGGS! OF COURSE, ME AND RIVETS WOULD PROBABLY BUY THE FARM WITH THEM. HMMM, DECISIONS, DECISIONS...
9.

Exhibit 1
Pg. 29



HUH?!
HEY, DT!
ANYTIME TODAY, BUDDY!
ALRIGHT, HERE GOES NOTHING!!
BA-THOM!
YAHOOO! JUST LIKE THE FOURTH OF JU-LY!! REST IN PIECES, YOU CLOCKWORK CLOWNS!!!
"YOU'RE LUCKY YOU DIDN'T CRACK YOUR OWN CASING WITH THAT LITTLE STUNT, DT!"
"I PREFER TO THINK OF IT AS SKILL, RUBY."
10.
HOW GOES THE BATTLE YOUNG LADY?
PROFESSOR HERBERT!
NOT TOO GOOD, SIR. HE TOOK A HIT FROM A POLARITY INVERSION RAY.
AH YES, THE RVTS UNIT. HE FANCIES HIMSELF A CRIMEFIGHTER, RIGHT?
YOU HAVE YOUR WORK CUT OUT FOR YOU, YOUNG LADY.
I CAN'T EVEN GET A CHARGE O OF HIM, SIR.
YOU'RE JUST USING THE WRONG APPROACH, RUBY. LET'S HAVE A LOOK...
AHH, HERE WE GO. THIS'LL DO NICELY....
A FORK?? WHAT THE HECK RE YOU GOING TO WITH A FORK??
A FORK'S A TOOL, SAME AS ANY OTHER, FRIEND. IT'S JUST A QUESTION OF HOW YOU UTILIZE IT.
11.

Exhibit 1
Pg. 30



THERE YOU GO, RUBY. LET ME KNOW WHEN HE'S UP AND RUNNING. I NEED HIM TO DO SOME CHORES.
SO WHAT HAPPENED AFTER YOU TRASHED ALL THOSE 'BOTS?
WELL, AT FIRST NOTHING. IT WAS TOO SMOKEY...
THEN THIS BIG 'BORG COMES OUT OF THE SMOKE. HE'S GOT BUZZSAWS WHERE HIS HANDS SHOULD BE! I MENA A TOTAL BORG-BOT. HARDLY AN INCH OF SKIN ON HIM...
HE CALLED HIMSELF...
KILLERBYTE!
12.
"RIVETS JUST STANDS THERE GAPING FOR A SECOND. I MEAN THIS GUY WAS A TOTAL FREAK!"
"THE RIVVIE PULLS OUT THE NAILGUNS AND STARTS GOING APEWIRE ON THE GUY'S HEAD...."
"BUT THIS GUY USED HIS BLADES AS SHIELDS AND DEFLECTED EVERY SINGLE SHOT..."
"SO RIV DECIDES TO  VE THE BORG A TASTE O HIS OWN MEDICINE AN STARTS FLINGING BUZZSAW BLADE AT HIM..."
"BUT NOTHING CAN TOUCH THE FREAK!"
"SO RIVETHEAD STA  WITH THE TRUSTY  D RIVETGUN..."

Exhibit 1
Pg. 31



YOU'LL HAVE TO DO BETTER THAN THAT, RUST FOR BRAINS!
"RIV WAS OUTTA HARDWARE, AND JUST ABOUT OUT OF IDEAS."
IT'S DECONSTRUCTION TIME!
LET'S SEE WHAT YOU'RE MADE OF, TIN MAN!
"SO HE FELL BACK ON THE DIRECT APPROACH."
"SO THEN THOSE TWO START GOING HEAD TO HEAD! IT WAS PRETTY BRUTAL, I'LL TELL YOU!"
14.
GOOD GOD, KILLERBYTE!
"IT TOOK A COUPLE OF MINUTES FOR RIVETS TO GET THE GUY DOWN AND START WHALING ON HIS HEAD."
50 MILLION DOLLARS FOR THAT ARMOR AND YOU CAN'T BEAT A BLOODY CONSTROBOT?
I SWEAR, I HAVE TO DO EVERYTHING MYSELF! WHY DO I EVEN BOTHER?
ZZZZZZZT!
"THEN THE GUY IN THE FLYING CHAIR FLIES OVER AND ZAPS RIVETS SOMETHING BAD!"
IF YOU THINK I AM PAYING YOU FOR THAT LITTLE PERFORMANCE, YOU ARE SADLY MISTAKEN MARVIN!
"I WAS ABLE TO DRAG RIVIE OUT AND PUT HIM ON THE BACK OF A PCIKUP AND GET HIM BACK HERE! AND IT WASN'T EASY, I'LL TELL YOU THAT RIGHT NOW!"
"SO THE GOON AND THE GUY IN THE CHAIR FLY OFF AS THE COPS BREAK DOWN THE DOOR!!"

Exhibit 1
Pg. 32

BUT HE WENT OUT LIKE A LIGHT WHEN HE WAS ZAPPED AND HE HASN'T MADE A PEEP SINCE!
WELL, YOU GUYS ARE LUCKY THIS TIME. I THINK I'VE JUST ABOUT GOT IT...
WHOOAA!! LOOK OUT!!
RIVIE!!
OH, A DEATH RAY, HUH, TOUGH GUY?
RIVIE, CALM DOWN!! YOU'RE SAFE AT HOME NOW!!
RUBY? HOW DID YOU GET HERE?
YOU'RE HOME NOW, RIVETS!
WHY ARE YOU CRYING THEN?
OH RIVETS, YOU'VE GOT TO STOP DOING THIS..
YOU CAN'T KEEP GOING AROUND AND GETTING YOUR SYSTEM CRASHED! CAUSE I'M AFRAID THE NEXT TIME IT HAPPENS...
16.
...I'M AFRAID I WON'T BE ABLE TO PUT YOU BACK TOGETHER AGAIN!
next issue:
WHITHER COMETH THE RIVETMAN?

FOR EONS I'VE OBSERVED YOUR AMAZING ORB FROM THE SECRECY OF IT'S TINY MOON. I HAVE WITNESSED ALL EVENTS, GREAT AND SMALL.
...THE END OF EVERYTHING! EVENTS WHICH MAY CAUSE EVEN MYSELF, A BEING DEDICATED TO NON-INTERFERENCE TO, DARE I SAY IT? INTERFERE! NOW I SHALL SHOW YOU WHY!
FOR I AM CALLED THE ONLOOKER AND I WILL REVEAL ALL TO YOU. HOW ONE MAN MAY HAVE THE POWER TO SAVE REALITY...
EVERY SHINING HOPE. EVERY SHATTERED DREAM. EVERY BIRTH AND DEATH. EVERY LOVE. NOW EVENTS WHICH COULD HAVE SEVERE REPERCUSSIONS THROUGHOUT ALL OF REALITY HAVE BEGUN. EVENTS WHICH MAY BRING ABOUT...
...OR DESTROY IT!!! NOW BEAR WITNESS, FOR THE EVENTS THAT WILL SHORTLY TRANSPIRE IN THE LIFE OF OUR HERO ARE THOSE OF WHICH YOUR KIND HAS NOT YET EXPERIENCED!
ALTHOUGH HE HAS ACCOMPLISHED MORE IN HIS SHORT 35 YEARS THAN ANY OTHER IN THE HISTORY OF MANKIND, A WAR HERO, AN INVENTOR, A SELF MADE BILLIONAIRE AND MODERN SOCIETY'S MOST BENEVOLENT FIGURE, NOTHING HE HAS EVER SEEN OR DONE CAN HAVE PREPARED HIM FOR
WHAT LIES AHEAD!!
HERE NOW IS THE TALE OF SIMON KIRBY-SOON TO BE KNOWN TO ALL AS
BUZZ
AND WRITTEN BY STEVEN BLOCK
ART: STEVEN BLOCK & CHRIS KNOWLES
PART 1: BIG CHANGES!
KIRBY INC
This is Kirby, Inc., A creative think tank in the center of New City. The man who runs it is Simon Kirby, a retired Air Force General at 35 and currently the world's richest man....
This is room 21. There are 29 more that look just like it. But they're not.
This is the room where the veil between dimensions will be torn down. Where new worlds will be discovered and new life met.
...OKAY DR. LEWIS.
This is Simon Kirby, who is about 12 seconds away from discovering another dimension. The reason he's going? The search for alternative fuel sources. Free sources. There are a lot of people who share no love of this idea.
EVERYTHING HERE CHECKS OUT.
This is Dr. Lewis, Simon's colleague and mentor. The big machine behind him, on which Simon's standing, is the power source for his coming cosmic journey.
HERE TOO. HOLD ON TIGHT CAUSE YOU GOT ABOUT 11 MORE SECONDS ON THIS PLANE OF REALITY.
ANYTHING YOU'D LIKE TO SAY? Y'KNOW, IN CASE THERE'S AN ACCIDENT OR SOMETHIN'?

C'MON DOC. THIS IS KIRBY, INC. AND YOU KNOW OUR MOTTO...
"THERE IS NO SUCH THING...
...AS AN ACCIDENT."
This is Leslie Lewis. Dr. Lewis' only daughter and the love of Simon's life.
This is Hendrix. The Pentagon liason on the project.
This is Lex Rex, Simon's oldest friend and head of security at Kirby, Inc.
OKAY EVREYONE. HERE GOES!
ENGAGE
And as a finger presses a button
KLIK
In the blink of an eye-
A journey into the unknown begins.
At first here is no pain-just fear. Like the fear of being born and entering the world for the first time
But then it starts-
WHOOOOSSSSSHHHHH
Simon Kirby's body is twisted and warped into another reality. He wonders-has it been days, months, years? Will he ever get off this cosmic rollercoaster?
Tired. Hungry. Scared.
Am I all alone? Forever? Concentrate on Leslie. On the mission. On home.
OH MY...
And then without any warning, the journey ends.
Simon Kirby's are the first human eyes to gaze upon this newly discovered universe.
...GOD!

Exhibit 1
Pg. 35

THERE'S A PLANET BELOW ME AND IT'S, IT'S...
...IT'S MADE UP OF SOME KIND OF HUMANOID CREATURES!
GOOD LORD! THEY'RE ALIVE! ONE OF THEM HAS STARTED TO MOVE!
IT... IT SEES ME!
As Simon gets closer a wave of fear starts to spread through his being.
Maybe this wasn't such a good idea after all?
And then the pain begins.
BOOM
C'MON!! GET THOSE HOSES GOIN'!!! AND GET THE PARAMEDICS IN HERE!!! AND MAKE IT SNAPPY!!!
THE GUY ON THAT BURNING SLAB IS OUR BOSS!!! MR. KIRBY!!!

A few seconds ago, the most beloved man on earth was standing on this very spot...
Something much, much different is now in his place.
WHAT'S EVERYONE STARING AT?!?
NEXT: THE HUNT IS ON!
MAL FUNC TIONS
CHRIS KNOWLES
"DON'T EVEN THINK ABOUT IT."
GATES 1000-1500
BEEP BEEEP BEEEP
"DO YOU HAVE ANY COINS, KEYS OR OTHER METAL OBJECTS IN YOUR POCKETS, SIR?"

Exhibit 1
Pg. 37

BERKELEY U.
DIVERSITY SEMINAR
CHRIS KNOWLES

"NO, MA'AM, 'ORGANICALLY CHALLENGED' IS NOT THE LEAST BIT OPPRESSIVE."

CHRIS KNOWLES

WHEN BAD DREAMS HAPPEN TO GOOD ROBOTS.

A universe to conquer and endless profit to be made! Of course, things would be much easier if Chester wasn't in on the deal...

REMIND ME AGAIN WHY I LIKE RINGTAILS...
YOUNG UPWARDLY MOBILE MUTT
BILL
BILL
BILL
BILL
BILL
BILL
BILL
TERRIE SMITH ©97

HAVOC INC.
By Mark Barnard & Terrie Smith
Coming March 1998!
only from the fine folks at
RADIO COMIX

Exhibit 1
Pg. 38





Tales of the Fehnnik
II
Written by Elin Winkler and Drawn by Scotty Arsenault
Covers by Pat Duke
The critically acclaimed Science Fantasy tale for all ages is back, and better than ever! The all new four issue mini-series starts in June, 1998!
ONLY FROM RADIO COMIX!

Announcing the
Gold Digger
T-SHIRT
Z
ONE KODAK MOMENT COMING UP!
RADIO COMIX
Fred Perry and Radio Comix have teamed up to produce this limited edition Gold Digger t-shirt! It's 100% cotton, with six colors, available in Large and X-Large! Make sure you get yours by sending in this coupon and $17.95. Don't miss out!
Canadian orders please add $.50. Mexican orders please add $1 and overseas orders please add $1.50 per shirt.
Whoa! I've gotta have this cool t-shirt! Sign me up! I've included a check or a money order for $17.95 for each shirt ordered. Please allow 4 to 6 weeks for delivery.
Name
Address
City
State
Zip
Age
Amount Enclosed
check one please:
Large
X Large
Please don't send cash. Make checks or money orders out to Radio Comix.
Radio Comix Attn: Gold Digger T-shirt
11765 West Ave. #117
San Antonio, TX 78216

Exhibit 1
Pg. 39

Come Celebrate the NINTH

# PROJECT: A-KON

(can you believe it?!)

Art by Stephen Bennett

**MAY 29-31 1998**
**IRVING, TX**
(between Dallas & Ft. Worth)

**The HARVEY HOTEL**
**D/FW AIRPORT**
4545 W. John Carpenter Frwy.
(Hwy. 114 @ Esters Rd.)
Irving TX 75063-9917
972-929-4500

**PRODUCTION I.G. will be returning!**

**The RETURN of BANG IPPONGI is planned! (w/concert & all!)**

**Special Guest LANCE POPE**
Special FX Guru, owner of Wolf Studio

**MORE Guests, from Japan**
**MORE U.S. anime guests**
Including: Tavisha Wolfgarth, Ben Dunn, NeNe, Rosearik Rikki Simons, Ben Dunn, Steve Bennett, Doug Smith, Kuni Kimura, Elin Winkler, White Radish, Newton Ewell, Pat Duke, Myhr, Neil Nadelman, Valkyrie Games and MORE as time goes by!

**Special Guest AMY HOWARD**
The original Voice of NOVA from Star Blazers!

**TICKETS: $30 for all weekend!**
(Until 3/1/98 - cheapest game in the nation for what you get!)

**HOTEL ROOMS $82 per night for 1-4 people**
(Includes tax. Suites available for $30 more)

**MORE Art, Comics, Artists**
**MORE Parties & Video**
**MORE Fun & Premiers**
**MORE SPACE!!!**
**(Thank God!)**

## ★ THE TYPICAL A-KON KAVALCADE OF KOOLNESS! ★

PLUS: The PREMIER of "APPRENTICE" from White Radish! Exclusive to A-Kon!

* BIGGER Dealers Room-will be a Sell Out!
* Art Show & Auction (by Planet eDGe)
* ANIME of All Kinds from the BEST companies
* Great Kon Hospitality Suite
* COOL Opening Ceremonies
* Komik Market for Fan Publishers
* Model Contest handled by A.V.D.
* Prizes, Giveaways, Surprises (some only available to pre-registered folks!)
* Multiple 24 hr. projection Video Rooms
* Fan Specialty Video Rooms
* ROCKIN' Radio Free Oz Dance & Contest
* 24 hr. Board Gaming
* Battletech
* Live Action Games
* Amateur Video Contest!
* Doom Room (computer gaming)
* Scavenger Hunt
* Fan Participation Activities
* Kostume Kontest (CosPlay)
* The Water Warz!

AWOL's Anime Jeopardy & AniName That Tune WILL be Played!

You can Email us for A-Kon info at: phoenix@cyberramp.net
Fax us at 972-278-6935
and check our web page at: http://www.cyberramp.net/~phoenix

NINE IS FINE! COUNT ME IN!

Send to: Project: A-Kon, 3352 Broadway, Ste. 470, Garland, TX 75043

NAME: ____
(Note: If buying multiple tickets, please list ALL names so we can make packets & badges! Thanks!)
Name(s) you want on badge(s) (if you use a "handle") ____
ADDRESS: ____
(City, State, Zip) ____
EMAIL ADDRESS: ____

Send me ____ Weekend Passes at $30 each
Also I want ____ Kon T-Shirt(s) (Size____) at $16 ea.
(M, L, XL, 2XL, 3XL will be available, and will be given to you in your pre-registration packet at the Kon. If ordering multiple shirts, make sure to tell us who gets what size! Thanks!)

(Make Check/M.O's payable to "Phoenix Entertainment")
(Sorry, we can't take plastic. $20 fee for all returned checks.)

Where did you find this flyer? ____
SEND INFO: ___Banquet ___Being a Dealer ___Gaming ___Dance ___Costume Contest ___Komik Mkt. ___Fan Participation Events ___Group Discounts ___Art Show/Auction ___Volunteering ___Other (what?) ____
PLEASE send Self Addressed Stamped Envelope (SASE) when requesting info. Thanks!

12-15-97

# CONIFUR NORTHWEST 98

**Guest Of Honor:**
***DIANA VICK***
**FANTASY ARTIST**

©1998 DIANA VICK

**SEPT 4TH-6TH**
**SEATTLE, WA**

www.picarefy.com/conifur

CONFIRMED GUESTS & DEALERS

Diana Vick
Michele Light
Mike Raabe
Terrie Smith
Taral Wayne
MU Press
UniGraphix
Mel White
Stuffe & Nonsense
Steve Gallacci
Roz Gibson
YARF!

DEALERS DEN
ARTIST ALLEY
CLINICS & PANELS
ART SHOW & AUCTION
PIZZA & MOVIE

Big tails and car doors don't mix.

ConiFur NorthWest
2406 SW 308TH PL
Federal Way, WA 98023

$20 Standard Membership
($25 after July 1st, $30 at the door)

Hotel Reservations:
Clarion Hotel, Sea-Tac
(206) 242-0200
Rooms: $89 (two person)
$10 for each extra person

# MISSING A FEW ISSUES?

**Don't despair- order from Radio Comix! Our large selection of funny animal, manga, independent and adults only titles will satisfy your comic craving! Simply fill out these pages (or copies) and send them, with check or money order (US funds only) to: Radio Comix, 11765 West Ave. #117, San Antonio, TX 78216.**

**RADIO COMIX TITLES**

AHLEA by Lazarus Berry
☆#1 $3.95
☆#2 $3.95

ART OF USAGI YOJIMBO by Stan Sakai
☆#1 SOLD OUT
☆#2 $4.95

FURRLOUGH
☆#52 $3.95
☆#53 $3.95
☆#54 $3.95
☆#55 $3.95
☆#56 $3.95
☆#57 $3.95
☆#58 $3.95
☆#59 $3.95
☆#60 $3.95
☆#61 $3.95
☆#62 $3.95

GOLD DIGGER T-SHIRT
☆X-large $17.95

HIT THE BEACH
☆#4 (regular) $3.95
☆#4 (poster) $5.95

BEN DUNN POSTER (shipped folded)
☆Poster $4.95

RIVETS & RUBY by Knowles & Kiernan
☆#1 $3.95

TALES OF THE FEHNNIK II by Winkler & Arsenault
☆#1 $3.95

**ADULTS ONLY TITLES (Must Include Age Statement)**

FILTHY ANIMALS by Jinx & Crowell
☆#1 $3.95
☆#2 $3.95
☆#3 $3.95

GENUS
☆#23 $3.95
☆#24 $3.95
☆#25 $3.95
☆#26 $3.95
☆#27 $3.95
☆#28 $3.95

GENUS GREATEST HITS
☆#2 $5.95

MILK
☆#1 SOLD OUT
☆#2 $3.95
☆#3 $3.95

**TITLES FROM OTHER COMPANIES**

ALBEDO by Steve Gallacci (Antarctic Press)
☆Vol. 3 #3 $3.95
☆Vol. 4 #1 $3.95

ASRIAL VS. CHEETAH by Fred Perry (Antarctic Press)
☆#2 $3.95

CUTEY BUNNY SUMMER FUN SPECIAL by Josh Quagmire (Magnecom)
☆#1 $3.50

FANTASTIC PANIC by Ganbear (Antarctic Press)
☆Vol. 2 #1 $4.50
☆Vol. 2 #2 $3.95
☆Vol. 2 #3 $3.95
☆Vol. 2 #4 $3.95
☆Vol. 2 #5 $3.95
☆Vol. 2 #7 $3.95
☆Vol. 2 #8 $3.95

FURRLOUGH (Antarctic Press)
☆#16 $3.75
☆#17 $3.75
☆#19 $3.75
☆#20 $3.75
☆#21 $3.75
☆#22 $3.75
☆#24 $3.75
☆#25 $3.75
☆#26 $3.75
☆#27 $3.75
☆#28 $3.75
☆#29 $3.75
☆#30 $3.75
☆#31 $3.75
☆#32 $3.75
☆#33 $3.75
☆#34 $3.75
☆#35 $4.50
☆#36 $3.95
☆#37 $3.95
☆#38 $3.95
☆#39 $3.95
☆#40 $3.95
☆#41 $3.95
☆#43 $3.95
☆#47 $4.95
☆#49 $3.95
☆#50 $4.95
☆#51 $3.95

BEST OF FURRLOUGH (Antarctic Press)
☆#1 $4.95

☆#2 $4.95

GOKU by Bang Ippongi (Antarctic Press)
☆Vol. 1 #1 $3.95
☆Vol. 1 #3 $3.95
☆Vol. 1 #5 $3.95
☆Vol. 2 #2 $3.95
☆Vol. 2 #3 $3.95

GOLDEN WARRIOR ICZER-ONE by Hirano & Yasuhiro (Antarctic Press)
☆#1 $3.95
☆#2 $3.95
☆#4 $3.95
☆#5 $3.95

GOLD DIGGER by Fred Perry (Antarctic Press)
☆#18 $3.75
☆#21 $3.75
☆#22 $3.75
☆#23 $3.75
☆#24 $3.75
☆#25 $3.75
☆#26 $3.75
☆#29 $3.95
☆#30 $3.95
☆#31 $3.95
☆#32 $3.95
☆#33 $3.95
☆#35 $3.95
☆Annual #1 $4.95

HEPCATS by Martin Wagner (Antarctic Press)
☆#0 $3.95
☆#1 $3.95
☆#4 $3.95

HIT THE BEACH (Antarctic Press)
☆#3 $3.95

HURRICANE GIRLS by Hiroshi Yakumo (Antarctic Press)
☆#1 $4.50
☆#2 $3.95
☆#3 $3.95
☆#4 $3.95
☆#5 $3.95
☆#6 $3.95
☆#7 $3.95

JUSTICE by The Comic Lover's Association of Japan (Antarctic Press)
☆#1 $4.50

KATMANDU by Curtis & Smith (Antarctic Press)
☆#5 $3.95
☆#6 $3.75

MIGHTY TINY: MOUSE MARINES by Pat Duke (Antarctic Press)
☆#1 $3.50

SHANDA THE PANDA by Curtis et al. (Antarctic Press)
☆#6 $3.75
☆#9 $3.75
☆#10 $3.75
☆#11 $3.75
☆#12 $3.75
☆#13 $3.95
☆#14 $3.95

STAR JACKS by Alston & Perry (Antarctic Press)
☆#1 $3.75

TALES OF THE FEHNNIK by Winkler & Kelley (Antarctic Press)
☆#1 $3.95

THE WILD by Diffey & Calhoun (unknown)
☆#1 $2.95

WILD LIFE (Antarctic Press)
☆#6 $3.75
☆#7 $3.75
☆#8 $4.75
☆#9 $3.75
☆#10 $3.75
☆#11 $3.75
☆#12 $3.75

**ADULTS ONLY TITLES (Must Include Age Statement)**

A-BOMB (Venus)
☆#6 $3.95
☆#8 $3.95
☆#9 $3.95
☆#10 $4.50
☆#11 $3.95
☆#12 $3.95
☆#13 $3.95
☆#15 $3.95

AMAZING STRIP by Bang Ippongi (Venus)
☆#2 $3.95
☆#6 $3.95
☆#8 $3.95
☆#9 $3.95

CYBERSEXATION by Paul Way (Venus)
☆#1 $3.95

GALAXIAS by Cheezboy (Rip Off)
☆#1 $3.95
☆#2 $3.95

GENUS (Venus)
☆#13 $3.95
☆#14 $3.95
☆#15 $3.95
☆#17 $3.95
☆#18 $3.95
☆#19 $3.95
☆#20 $4.50
☆#21 $3.95
☆#22 $3.95

GENUS GREATEST HITS (Venus)
☆#1 $5.50

GORGON by Chouji Maboroshi (Venus)
☆#1 $3.95
☆#2 $4.50
☆#3 $3.95

SKUNK (Mu Press)
☆#1 $3.50

TANK VIXENS by Kidd & Sagara (Venus)
☆#3 $3.95
☆#4 $3.95

VANITY ANGEL by Kaori Asano (Antarctic Press)
☆#5 $3.95
☆#6 $3.95

Write to request our free listing of more titles! A credit voucher will be issued if items are no longer in stock. Please list alternates as quantities are limited and can sell out suddenly!

Total order: $ ____________

NAME: ________________________________

ADDRESS: ________________________________

CITY: ____________________ STATE/ZIP: __________

I am over the age of 18 and am able to purchase adult material: ____________________

Postage is included in the price for all orders within the United States. Canadian orders add $0.25 per book. Mexican orders add $0.50 per book. Overseas orders add $1.50 per book. All orders are shipped flat, bagged and boarded. Texas residents add 7.75% sales tax. Allow six to eight weeks for delivery! This ad supercedes all other ads. February 1998



Look what we've got!
EXP 9/98
MILK!
PASTEURIZED!
We've added Milk! to our subscription service! Now you can have six issues of your favorite Radio Comix title for a mere $18.00! Who says you can't get Milk delivered to your doorstep these days? Sign me up for the following titles: Furrlough☐ Genus☐ Milk!☐ (you must be 18 or older to order Genus and Milk!, please include a signed age statement)
Name

Exhibit 1
Pg. 42