| | |
|---|---|
| | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KNOWLES, | CV 18-5827 PA (JCx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SPIN MASTER, INC.; SPIN MASTER STUDIOS, INC., SPIN MASTER LTD.; NICKELODEON ANIMATION STUDIOS INC.; and VIACOM INTERNATIONAL INC., | |
| Defendants. | |

Pursuant to the Court's November 2, 2018 Minute Order granting in part the Motion to Dismiss, and the Court's September 17, 2019 Minute Order granting the Motion for Summary Judgment filed by defendants Spin Master, Inc., Spin Master Studios, Inc., Spin Master Ltd., Nickelodeon Animations Studios Inc., and Viacom International Inc. (collectively "Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of plaintiff Christopher Knowles ("Plaintiff") for trademark infringement and unfair business practices are dismissed with prejudice, and Plaintiff's claim for cancellation of trademark application is dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall have judgment in their favor against Plaintiff on Plaintiff's claims for copyright infringement, contributory copyright infringement, vicarious copyright infringement, and accounting.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: September 17, 2019

                                                Percy Anderson
                                    UNITED STATES DISTRICT JUDGE